# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **QUALITY KING FRAGRANCE INC.,**  *Plaintiff,*  v.  **NATHAN BARBANEL,**  *Defendant.* | **Civil Action No. 06-0367**  **ORDER** |

**THIS MATTER** comes before the Court on Defendant Nathan Barbanel's ("Defendant") unopposed motion to cancel and discharge the Default Judgment entered against him in this action, along with the subsequent lien on his property, pursuant to New Jersey N.J.S.A. 2A:16-49.1, ECF No. 15;

and it appearing that the Hon. Leda Dunn Wettre issued a Report and Recommendation ("R&R") dated February 6, 2017, in which she recommended that this Court grant Defendant's motion, ECF No. 17;

and it appearing that neither party has filed any objections to the R&R; and

it appearing that for the reasons set forth in Judge Wettre's R&R;

**IT IS**, on this 28th day of July, 2017,

**ORDERED** that Judge Wettre's R&R is **ADOPTED** and Defendant's motion to cancel and discharge the Default Judgment against him, along with the resulting lien.

*/s Madeline Cox Arleo*_____
**Hon. Madeline Cox Arleo**
**United States District Judge**